# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN BRUMFIELD, an individual; and JEFFREY BRUMFIELD, an individual,<br><br>　　　　　　　　　　　　　　Plaintiffs<br>vs.<br>USAA CASUALTY INSURANCE COMPANY; a business entity, form unknown; and DOES 1-25,<br>　　　　　　　　　　　　　　Defendants. | CASE NO. 05CV2214-LAB (NLS)<br><br>**ORDER FOLLOWING SECOND PRE-TRIAL CONFERENCE** |

On December 11, 2006, the court convened the second Pre-Trial Conference in this matter. Eugene P. Yale, Esq. and David W. Baumgarten, Esq. appeared for plaintiffs. Paul Fine, Esq. and Erin Hallissy, Esq. appeared for defendant. For the reasons discussed on the record, the parties' revised [Proposed] Pre-Trial Order was modified to reduce the allowed trial time to 15 hours per side.

The parties are instructed to participate in another settlement conference with Magistrate Judge Nita L. Stormes on ***January 8, 2007 at 2:00 p.m.***  Motions *In Limine* ("MIL") are calendared to be heard by this court on ***January 23, 2007 at 4:00 p.m.***  The parties shall simultaneously file their MIL on ***January 12, 2007***.  Responses and Oppositions are to be filed ***January 17, 2007***.  No Reply filings

/ / /

/ / /

/ / /

/ / /

05CV2214

are authorized. At the MIL hearing, the court will set a deadline for the filing of a complete set of jury instructions. The trial date remains firm: ***March 20, 2007 at 9:00 a.m.***.

**IT IS SO ORDERED**.

DATED: December 14, 2006

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge